**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

TYLER NATHANIEL MILLS,

Petitioner,

v.

ROBERT MUNDT,

Respondent.

Civil No. 00-2213 (JRT/JGL)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

This matter is before the Court on petitioner's objection to United States Magistrate Judge Jonathan G. Lebedoff's Report and Recommendation, recommending that petitioner's petition for writ of habeas corpus be transferred to the United States District Court for the Eastern District of Wisconsin because of this Court's lack of jurisdiction to hear petitioner's petition. The Court has conducted a thorough review of the Magistrate Judge's Report and Recommendation and petitioner's objection. Based on this review, the Court agrees with the Magistrate Judge's finding that this Court lacks jurisdiction to hear petitioner's petition and that a transfer to the trial court which convicted and sentenced petitioner is appropriate.

Although petitioner is currently incarcerated in Minnesota, his federal prison sentence was imposed by the United States District Court for the Eastern District of Wisconsin. It is clear from the petition submitted to this Court that petitioner is

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

attempting to challenge the validity of his conviction and sentence. As such, 28 U.S.C. § 2255 requires that petitioner file his petition with the sentencing court, unless petitioner can affirmatively demonstrate that relief under § 2255 "is inadequate or ineffective to test the legality of his detention." 28 U.S.C. § 2255; *DeSimone v. Lacy,* 805 F.2d 321, 323 (8th Cir. 1987); *Von Ludwitz v. Ralston,* 716 F .2d 528, 529 (8th Cir. 1983); *Cagle v. Ciccone,* 368 F.2d 183, 184 (8th Cir. 1966). Petitioner has not satisfied this burden. The Court is thus without jurisdiction to hear this petition.

Although the current petition could properly be dismissed without prejudice, *see DeSimone,* 805 F.2d at 324; *Cagle,* 368 F.2d at 184, the Court agrees with the Magistrate Judge that the interests of justice would be better served by transferring petitioner's case to the Eastern District of Wisconsin, the district court that could properly entertain petitioner's collateral challenge to his conviction or sentence. *See* 28 U.S.C. §§ 1406(a) & 1631.

Based upon the foregoing, the Court **OVERRULES** defendant's objection to the Report and Recommendation [Docket No. 5] and **ADOPTS** the Report and Recommendation of the Magistrate Judge [Docket No. 4]. The Clerk of Court is hereby **DIRECTED** to immediately transfer this action to the United States District Court for the Eastern District of Wisconsin, pursuant to 28 U.S.C. §§ 1406(a) and 1631.

DATED: July 3, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge